ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rlarsen@gordonrees.com
mhummel@gordonrees.com

Attorneys For: Defendant
SENTRY RECOVERY & COLLECTIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVA TOLDI AND NADER MOSSAVI,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTRY RECOVERY & COLLECTIONS, INC.,<br><br>Defendant. | CASE NO. 2:14-cv-01147-LDG-GWF<br><br>**DEFENDANT'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 7-2.1** |

### DEFENDANT'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 7-2.1

In accordance with Local Rule 7-2.1, Defendant SENTRY RECOVERY & COLLECTIONS, INC. ("Defendant") files the instant Notice of Related Cases. These cases involve the same parties and are based on the same or similar claims. Defendant has reason to believe that the following cases are substantially related, and therefore, should be assigned to the same district court judge:

1. *Eva Toldi and Nader Mossavi v. Sentry Recovery & Collections, Inc.*, case no. 2:14-cv-01147-LDG-GWF. A copy of Plaintiffs' Complaint is attached hereto as **Exhibit 1**. In this case, Plaintiffs allege causes of action against Defendant stemming from violations of the Fair Debt Collection Practices Act ("FDCPA"), codified at 15 U.S.C. § 1692, *et seq.*

-1-

2. *Eva Toldi and Nader Mossavi v. Sentry Recovery & Collections, Inc.*, case no. 2:14-cv-01350-RFB-PAL. A copy of Plaintiffs' Complaint is attached hereto as **Exhibit 2**. In this case, Plaintiffs allege causes of action against Defendant stemming from alleged violations of the Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227, *et seq.* Plaintiffs also allege causes of action stemming from alleged violations of Nev. Rev. Stat. § 598, *et. seq.*, and Nev. Rev. Stat § 41.600.

Both of the above-referenced cases involve identical parties and are based on the same or similar claims. *See generally* LR 7-2.1(a). Both cases also involve similar questions of fact and law, and their assignment to the same judge is likely to result in a substantial savings of judicial effort. *See generally* LR 7-2.1(c). Therefore, Defendant respectfully requests that the Court consolidate these actions pursuant to its authority under Local Rule 7-2.1.

DATED this 10th day of September, 2014.

GORDON & REES LLP

ROBERT S. LARSEN, ESQ.
NEVADA BAR NO. 7785
MEGAN H. HUMMEL, ESQ.
NEVADA BAR NO. 12404
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Attorneys For: Defendant
SENTRY RECOVERY & COLLECTIONS, INC.

ORDER

IT IS SO ORDERED that the within case shall be consolidated with case 2:14-CV-1350-RLB and 2:14-CV-1350-RLB shall be the base case upon consolidation.

DATED this 23 day of October, 2014.

Lloyd D. George
Sr. U.S. District Judge

-2-